**Dismissed and Opinion Filed January 25, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00229-CV

**TGHSLL, INC., Appellant**
**V.**
**PROSPER GIRLS HIGH SCHOOL LACROSSE CLUB, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-04564-2022**

## MEMORANDUM OPINION
Before Justices Molberg, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

On January 23, 2023, appellant filed its agreed motion to dismiss this appeal.

Appellant informs the Court that the parties have reached an agreement to

compromise and settle their differences in this suit. Accordingly, we grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

230229f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TGHSLL, INC., Appellant

No. 05-23-00229-CV      V.

PROSPER GIRLS HIGH SCHOOL
LACROSSE CLUB, Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-04564-
2022.
Opinion delivered by Justice
Pedersen, III. Justices Molberg and
Nowell participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that costs of this appeal are taxed in accordance with the
parties' agreement.

Judgment entered this 25th day of January, 2024.